Form 704-8B
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

In re:    HUNG Q. CHUONG    )    Chapter 7
             )    Case No. 08-51154
    Debtor    )
_____)

## TRANSMITTAL OF SMALL DIVIDENDS

**COMES NOW** the undersigned Trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the Court is prohibited by Bankruptcy Rule 3010. No such order has been entered by the Court.

2. Listed below is the name, address, and amount due that creditor to whom distribution of less than five dollars would have been made if ordered by the Court.

1.    **Creditor**
    Verizon
    P.O. Box 3037
    Bloomington, IL 61702-3037
    **Amount of Distribution**
    $4.28

2.    **Creditor**
    Verizon Wireless
    P.O. Box 3397
    Bloomington, IL 61702
    **Amount of Distribution**
    $4.90

3. That the Trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date: May 3, 2011    /s/ Charles R. Allen, Jr.
    Charles R. Allen, Jr., Trustee
    120 Church Avenue, S.W.
    Roanoke, VA 24011
    540-342-1731

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**

109

60-249 / 433
10
1191

| Case | Debtor |
|---|---|
| 08-51154 RKR | CHUONG, HUNG Q. |
| 92008895539466 | |
| COMBINED SMALL CHECK | |

TID #660070
CHARLES R. ALLEN
120 CHURCH AVE, SW,
SUITE 200
ROANOKE VA 24011

Date    05/03/2011

$    ************9.18

~~~Nine Dollars and 18/100

Pay to the Order of    U.S. Bankruptcy Court

CHARLES R. ALLEN, Trustee

⑈⑈000000109⑈⑈ ⑈:043302493⑈:92008895539466⑈⑈

